NORMA BERARDI v. CITY OF JERSEY CITY.

March 15, 1977. Petition for certification denied.

CONSOLIDATED DEVELOPMENT CO. v.
TWP. OF CHERRY HILL.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LESTER DENNIS.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES PATRICK.

March 15, 1977. Petition for certification denied.

LUIS M. MARTINEZ v.
JOHN HANCOCK MUTUAL LIFE INS., CO.

March 15, 1977. Petition for certification denied. (See 145 *N. J. Super.* 301)